===============================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

###### NORTHERN  DISTRICT OF  NEW YORK

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 1:06-CV-310 (LEK/RFT)**

**ISLAND PARK, LLC,**

                             **Plaintiff,**

    -against-

**CSX TRANSPORTATION, INC., CONSOLIDATED RAIL CORPORATION, NATIONAL RAILROAD PASSENGER SERVICE CORPORATION ("AMTRAK"), THOMAS J. MADISON, JR., in his capacity as Commissioner of the State of New York Department of Transportation ("NYSDOT"), and DENNISON P. COTTRELL, in his capacity as Director of the Passenger and Freight Safety Division of NYSDOT,**

                             **Defendants.**

    _____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    ___XX___  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the plaintiff as against the defendants, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated June 26, 2007.

**DATE:** June 27, 2007

***LAWRENCE K. BAERMAN***
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the Honorable Lawrence E. Kahn**